UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61580-CIV-ROSENBAUM

BLANCO GMBH + CO. KG,

    Plaintiff,

v.

VLANCO INDUSTRIES, LLC, G-TECH-I, INC.,
and VITO ANTONIO LAERA,

    Defendants.
_____/

## ORDER DENYING MOTION TO APPEAR *PRO HAC VICE*

    This matter is before the Court on the Motion of Diana Waterous Centorino, Esq., to appear *pro hac vice* as co-counsel for Defendants Vlanco Industries, LLC, and G-Tech-I, Inc. [D.E. 41]. Ms. Centorino certifies that she is a member in good standing of the Florida state bar but not a member of the bar of this Court. D.E. 41 at 4. However, the Court notes that Ms. Centorino also resides and practices within this District. Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys before this Court specifically provide that "[a]ttorneys residing and practicing within this District are expected to be members of the bar of this Court." Ms. Centorino has not demonstrated why the Court should depart from this rule in her case, and therefore, the Court **DENIES** her *pro hac vice* motion.

    **DONE** and **ORDERED** at Fort Lauderdale, Florida, this 7th day of December 2012.

                                                                       _____
                                                                      ROBIN S. ROSENBAUM
                                                                      UNITED STATED DISTRICT JUDGE

Copies to:

Counsel of record