UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 12-61580-CIV-ROSENBAUM/SELTZER**

BLANCO GMBH + CO. KG,

    Plaintiff,

v.

VLANCO INDUSTRIES, LLC,
G-TECH-I, INC., and
VITO ANTONIO LAERA,

    Defendants.
_____/

## ORDER REQUIRING STIPULATION OF DISMISSAL

    This matter is before the Court upon the Mediation Report [D.E. 73] filed on March 26, 2013, indicating that this case has been settled in full. In light of the Report, the Court hereby directs the parties to submit a stipulation of dismissal **by April 8, 2013,** so that the case file may be closed. If the parties would like the Court to retain jurisdiction for the limited purpose of enforcing the terms of their settlement, they must make the settlement agreement contingent upon the Court's retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Additionally, the parties shall expressly include notification to the Court in their stipulation that the dismissal of the action is contingent upon the Court retaining jurisdiction to enforce the terms of the settlement agreement.

    If the parties also seek to have the Court enter stipulated judgment or injunctive order as part of their settlement, they shall provide the proposed language of any such order when they file the

required stipulation of dismissal.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 27th day of March 2013.

                                                                    _____
                                                                    ROBIN S. ROSENBAUM
                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record