UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61580-CIV-ROSENBAUM/HUNT

BLANCO GMBH + CO. KG,

    Plaintiff,

v.

VLANCO INDUSTRIES, LLC, G-TECH-I, INC.,
and VITO ANTONIO LAERA,

    Defendants.
_____/

## ORDER DENYING MOTION TO SET ASIDE JUDGMENT

This matter is before the Court upon Defendant Vito Antonio Laera's Motion to Set Aside Judgment [D.E. 102]. Defendant's one-page Motion seeks to set aside the parties' Final Judgment on Consent [D.E. 75] on the grounds that the judgment was "procured by fraud" and that "the parties are in breach violation" of the judgment. D.E. 102. Laera offers no facts or arguments beyond these conclusory assertions.

Laera's bare-bones Motion is facially insufficient. It provides neither the Court nor the other parties in this litigation a fair opportunity to evaluate his conclusory assertions. Moreover, Local Rule 7.1(a)(1) requires that "[e]very motion when filed shall incorporate a memorandum of law citing supporting authorities." L.R. 7.1(a)(1), S.D. Fla. Laera's Motion cites no authority or law whatsoever. Accordingly, it is **ORDERED and ADJUDGED** that Laera's Motion to Set Aside

Judgment is **DENIED** without prejudice to properly renew at a later date.

**DONE** and **ORDERED** at Fort Lauderdale, Florida, this 25th day of July 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATED DISTRICT JUDGE

Copies to:

The Honorable Patrick M. Hunt

Counsel of record

Vito Antonio Laera
5960 SW 32 Terrace
Fort Lauderdale, FL 33312

*and*

419 York Southern Road
Fort Mill, SC 29715