# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 12-61580-CIV-ROSENBAUM/HUNT

BLANCO GMBH + CO. KG,

      Plaintiff,

v.

VLANCO INDUSTRIES, LLC, G-TECH-I, INC.,
and VITO ANTONIO LAERA,

      Defendants.

_____/

## ORDER TERMINATING MOTIONS

This matter is before the Court upon the Defendant Vito Antonio Laera's Motion to Withdraw Motion(s) and Notice to Court [D.E. 110].  Laera seeks to withdraw his Motion for an Order to Show Cause [D.E. 89] and Motion to Suspend USPTO Proceedings [D.E. 101].  Upon consideration, it is **ORDERED and ADJUDGED** that Laera's Motion to Withdraw Motion(s) and Notice to Court [D.E. 110] is **GRANTED** and Docket Entries 89 and 101 are terminated.

    **DONE** and **ORDERED** at Fort Lauderdale, Florida, this 30th day of July 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATED DISTRICT JUDGE

Copies to:
The Honorable Patrick M. Hunt
Counsel of record

Vito Antonio Laera
5960 SW 32 Terrace
Fort Lauderdale, FL 33312
*and*
419 York Southern Road
Fort Mill, SC 29715